William D. MARSHALL, Petitioner–Appellant,

v.

Ira SHOCKLEY, Respondent–Appellee.

No. 02–7145.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 10, 2002.

Decided Oct. 24, 2002.

William D. Marshall, Appellant Pro Se.

Before WIDENER, DIANA GRIBBON MOTZ, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

William D. Marshall, a state prisoner, seeks to appeal the district court's order denying relief without prejudice on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and agree with the reasoning of the district court. *See Marshall v. Shockley*, No. CA–02–2328–L (D.Md. July 23, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*